## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02741-MSK

MYRNA HARRIS

individually and on behalf of others
similarly situated

Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC. AND
TOTAL RENAL CARE INC.

Defendants.

---

### AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
_____

Plaintiff, by and through her Counsel, hereby submits the following Response in Opposition to Defendants' Motion to Dismiss.

Plaintiff filed her Complaint and Jury Demand [#1] on November 16, 2017. Fed.R.Civ.P. 15(a) provides that a party "may amend the party's pleading once as a matter of course at any time before a responsive pleading is served," or as a matter of course within twenty-one (21) days "after service of a motion under Rule 12(b)...."

Defendants filed their Motion to Dismiss [#25] on February 13, 2018.  A motion to dismiss is not a responsive pleading within the meaning of Rule 15(a). *See Brever v. Rockwell International Corp.*, 40 F.3d 1119, 1131 (10th Cir.1994).  Plaintiff has not amended her Complaint until the present circumstance, and no responsive pleading has been served. An amended pleading supersedes the pleading it modifies, thereby

mooting any motions to dismiss directed at an inoperative pleading.  *See Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006).

Plaintiff's First Amended Complaint [#28] was filed within twenty-one (21) days after service of Defendants' Motion to Dismiss and/or before any responsive pleading has been filed.  Thus, Defendants' Motion to Dismiss is directed at an inoperative pleading, rendering it moot.  See *Gotfredson*, 432 F. Supp.2d at 1172.; *Strich v. United States,* No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded.").

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss as moot.

Dated this 6th day of March, 2018.

                Respectfully submitted,

                RAMOS LAW
                */s/ Colleen Calandra*
                Colleen Calandra
                3000 Youngfield Street
                Wheat Ridge, CO 80215
                Telephone: (303) 733-6353
                Fax Number: (303) 865-5666
                Colleen@ramoslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2018, a true and correct copy of the forgoing document was served via electronic mail on the following counsel:

Veronica von Grabow
Melisa H. Panagakos
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO  80202
Veronica.vonGrabow@jacksonlewis.com

Melisa.Panagakos@jacksonlewis.com

Stephanie Adler-Paindiris
Amanda A. Simpson
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Stephanie.Adler-Paindiris@jacksonlewis.com
Amanda.Simpson@jacksonlewis.com

Dorothy D. McDermott
JACKSON LEWIS, P.C.
10 West Market Street, Suite 2400
Indianapolis, IN  46204
Dorothy.McDermott@jacksonlewis.com

Eric R. Magnus
JACKSON LEWIS P.C.
1155 Peachtree Street N.E., Suite 1000
Atlanta, GA  30309
MagnusE@jacksonlewis.com

    ***ATTORNEYS FOR DEFENDANTS***

*/s/ Diane Shotkoski*
Diane Shotkoski