IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02741-MSK-NYW

MYRNA HARRIS

individually and on behalf of others
similarly situated

Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC. AND
TOTAL RENAL CARE INC.

Defendants.

**NOTICE OF FILING CONSENT TO JOIN FORMS**

COMES NOW the Plaintiff, by and through counsel, and file the attached Consent to Joint Forms. Opt-in Plaintiffs wish to be joined to this action pursuant to 29 U.S.C. 216(b), attached hereto:

1. Terry Allison – Exhibit A
2. Zachary McNamara – Exhibit B
3. Janet Thompson – Exhibit C

DATED this 8th day of June, 2018.

1

Respectfully submitted,

*s/ Madison Fiedler-Carlson*
Madison Fiedler-Carlson

*s/ Colleen T. Calandra*
Colleen T. Calandra

RAMOS LAW
3000 Youngfield Street, Suite 200
Wheat Ridge, CO 80215
Phone Number: (303) 733-6353
Madison@ramoslaw.com
Colleen@ramoslaw.com


*s/ Ronald L. Wilcox*
Ronald L. Wilcox
Wilcox Law Firm, LLC
383 Corona Street, #401
Denver, CO  80218
Phone Number: (303) 594-6720
Ron@wilcox.legal

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, a true and correct copy of the forgoing document was served via electronic mail on the following counsel:

Veronica von Grabow
Melisa H. Panagakos
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO  80202
Veronica.vonGrabow@jacksonlewis.com
Melisa.Panagakos@jacksonlewis.com

Stephanie Adler-Paindiris
Amanda A. Simpson
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285

Orlando, FL 32801
Stephanie.Adler-Paindiris@jacksonlewis.com
Amanda.Simpson@jacksonlewis.com

Dorothy D. McDermott
JACKSON LEWIS, P.C.
10 West Market Street, Suite 2400
Indianapolis, IN  46204
Dorothy.McDermott@jacksonlewis.com

David Nenni
JACKSON LEWIS, P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, OH  45202
David.Nenni@jacksonlewis.com

Eric R. Magnus
JACKSON LEWIS P.C.
1155 Peachtree Street N.E., Suite 1000
Atlanta, GA  30309
MagnusE@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

*/s/ Madison Fiedler-Carlson*
Madison Fiedler-Carlson

3