IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02741-MEH

MYRNA HARRIS

individually and on behalf of others
similarly situated

Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC. AND
TOTAL RENAL CARE INC.

Defendants.

## AMENDED NOTICE OF RELATED CASES

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with D.C.COLO.LCivR 3.2(c), Plaintiffs submit this Notice of Related Cases.

### ORIGINAL CASE WITH COMMON FACTS AND CLAIMS AND SAME DEFENDANT

| Date Filed | Case Number | Judge Assigned |
|---|---|---|
| 9/9/15 | 1:15-cv-01964-MSK-NYW | Judge Marcia S. Krieger<br>Magistrate Judge Nina Y. Wang |

### SUBSEQUENTLY FILED CASES WITH COMMON FACTS AND CLAIMS AND SAME DEFNDANT

| Date Filed | Case Number | Judge Assigned |
|---|---|---|
| 11/16/17 | 1:17-cv-02744-MSK-NYW<br>(Cope v. Davita, et al.) | Magistrate Judge Nina Y. Wang |
| 6/25/18 | 1:18-cv-01594-RBJ<br>(Weatherby, et al. v. Davita et al.) | Judge R. Brooke Jackson and drawn to Magistrate Judge Kristen L. Mix |
| 6/25/18 | 1:18-cv-01591-RM-NWY | Judge Raymond P. Moore |

|        | (Wilson v. Davita, et al.) | Magistrate Judge Nina Y. Wang |
|--------|----------------------------|-------------------------------|
| 6/25/18 | 1:18-cv-01589-STV<br>(Sullivan, et al. v. Davita, et al.) | Magistrate Judge Scott T. Varholak |
| 6/25/18 | 1:18-cv-01593-NYW<br>(Fustero, et al. v. Davita, et al.) | Magistrate Judge Nina Y. Wang |

Dated this 28th day of June, 2018.

Respectfully submitted,

RAMOS LAW

*/s/ Colleen T. Calandra*
Colleen T. Calandra

*/s/ Madison Fiedler Carlson*
Madison Fiedler Carlson

3000 Youngfield Street
Wheat Ridge, CO 80215
Telephone: (303) 733-6353
Fax Number: (303) 865-5666
Email:  colleen@ramoslaw.com
          madison@ramoslaw.com


Wilcox Law Firm, LLC

*/s/ Ronald L. Wilcox*
Ronald L. Wilcox
383 Corona Street, #401
Denver, CO  80218
Telephone:  (303) 594-6720
Email:  *ron@wilcox.legal*

*ATTORNEYS FOR PLAINTIFFS*