**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 17-cv-02741-MSK

MYRNA HARRIS,

Individually and on behalf of all others
similarly situated,

      Plaintiff,

v.

DAVITA HEALTHCARE PARTNERS, INC. and
TOTAL RENAL CARE, INC.

      Defendants.

---

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS DAVITA HEALTHCARE PARTNERS, INC.
AND TOTAL RENAL CARE, INC.'S FIRST SET OF DISCOVERY REQUESTS**

---

Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiff Myrna Harris and Opt-in Plaintiffs Allison, McNamara, and Thomson ("Plaintiffs") hereby request an additional fourteen (14) days, up to and including October 22, 2018, for Plaintiffs to respond to Defendants DaVita Healthcare Partners, Inc. and Total Renal Care, Inc.'s ("Defendants") first set of Production of Documents to Plaintiffs, First Set of Interrogatories to Plaintiffs, and First Set of Requests for Admissions, and as grounds for this Motion, state as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned has conferred with Defendants' counsel regarding this Motion. Defendants do not oppose the relief requested herein.

2. On August 24, 2018, Defendants propounded their First Set of Interrogatories to Plaintiffs, First Set of Requests for Productions of Documents to Plaintiffs,

1

and First Set of Requests for Admissions to Plaintiffs (collectively, the "Discovery Requests").

3. Accordingly, Plaintiffs' responses to this Discovery were due on September 24, 2018, but these were extended by court order up to and including October 8, 2018.

4. Plaintiffs respectfully ask for a second two-week extension, up to and including October 22, 2018.

5. Good cause exists for the relief requested herein. Plaintiffs have been diligently gathering the information requested, but due to the amount of detailed information requested and Plaintiffs' ability to search for the requested documents, Plaintiffs require additional time to provide complete responses to Defendants' Discovery requests.

6. No party will be prejudiced by the requested extension.

7. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion will be contemporaneously served on Defendants.

WHEREFORE, Plaintiffs respectfully request the Court grant this Motion, and extend the deadline by fourteen (14) days for Plaintiffs to respond to Defendants' Discovery Requests, up to and including October 22, 2018.

Respectfully submitted this 5th day of October, 2018.

/s/ Colleen T. Calandra
Colleen T. Calandra

RAMOS LAW
3000 Youngfield Street
Wheat Ridge, CO 80215
Telephone: (303) 733-6353
Fax Number: (303) 865-5666

2

Email: colleen@ramoslaw.com

WILCOX LAW FIRM, LLC

/s/ Ronald L. Wilcox
Ronald L. Wilcox
383 Corona Street, #401
Denver, CO 80218
Telephone: (303) 594-6720
Email: ron@wilcox.legal

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2018, a true and correct copy of the forgoing document was served via electronic mail on the following counsel:

Veronica von Grabow
Melisa H. Panagakos
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO 80202
Veronica.vonGrabow@jacksonlewis.com
Melisa.Panagakos@jacksonlewis.com

Stephanie Adler-Paindiris
Amanda A. Simpson
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Stephanie.Adler-Paindiris@jacksonlewis.com
Amanda.Simpson@jacksonlewis.com

Dorothy D. McDermott
JACKSON LEWIS, P.C.
10 West Market Street, Suite 2400
Indianapolis, IN 46204
Dorothy.McDermott@jacksonlewis.com

Eric R. Magnus
JACKSON LEWIS P.C.
1155 Peachtree Street N.E., Suite 1000
Atlanta, GA 30309

MagnusE@jacksonlewis.com

***ATTORNEYS FOR DEFENDANTS***               */s/ Colleen Calandra*
                                             Colleen Calandra