IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 17-cv-02741-MSK-NYW<br>17-cv-02744-MSK-NYW | Date: October 30, 2018 |
|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM A-502* |

| *Parties* | *Attorney(s)* |
|---|---|
| MYRNA HARRIS,<br><br>**Plaintiff,**<br><br>v.<br><br>DAVITA HEALTHCARE PARTNERS, INC.,<br>TOTAL RENAL CARE INC.,<br><br>**Defendants.** | *Colleen T. Calandra*<br>*Ronald L. Wilcox*<br><br><br><br><br>*Dorothy D. McDermott*<br>*Veronica T. von Grabow* |

| *Parties* | *Attorney(s)* |
|---|---|
| LILYBETH COPE,<br><br>**Plaintiff,**<br><br>v.<br><br>DAVITA HEALTHCARE PARTNERS, INC.,<br>TOTAL RENAL CARE INC.,<br><br>**Defendants.** | *Colleen T. Calandra*<br>*Ronald L. Wilcox*<br><br><br><br><br>*Dorothy D. McDermott*<br>*Veronica T. von Grabow* |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE/INFORMAL DISCOVERY CONFERENCE**

Court in Session: 2:04 p.m.

Appearance of counsel.

Discussion held regarding documents that have never produced including personnel files.

Defendants indicate that the personnel files were produced after the protective order was entered and the other documents were not disclosed, which is why they were not produced.

The court does not have the Rule 26(a)(1) disclosures in front of her and cannot make those adjudications without the appropriate information.

If Plaintiffs believe Defendant is withholding documents, Plaintiffs may file a formal motion to compel or raise the issue through another informal discovery dispute conference. The Parties must provide the court with the Initial Disclosure documents so that the court can consider them, consistent with the Local Rule.

**ORDERED: Defendants shall resend the personnel files from October 19, 2018.**

Discussion held regarding deposition dates. Parties agree to further confer.

If the parties need a Discovery Conference, they must cooperate and contact the court together to set up a conference.

Court in Recess: 2:21 p.m.          Hearing concluded.          Total time in Court:  00:17

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.