IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02741-MSK-NYW

MYRNA HARRIS,
individually and on behalf of others similarly situated,

    Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC., AND TOTAL RENAL CARE INC.,

    Defendants.

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

    The Parties, by and through their Counsel, hereby submit this Stipulated Notice of Voluntary Dismissal with prejudice for Plaintiff Zachary McNamara pursuant to Fed. R. Civ. P. 41(a)(1)(A).

    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action without court order by a stipulation of dismissal signed by all parties who have appeared. Therefore, Plaintiffs need not obtain a court order to dismiss this action voluntarily. The parties have stipulated to the dismissal of claims for Plaintiff Zachary McNamara.

    Plaintiffs' expert recently reviewed pay data for the opt-in Plaintiffs and determined that Mr. McNamara was not employed by Defendant during the relevant time period. As such, the parties agree that it is reasonable and appropriate to proceed with the dismissal of Mr. McNamara's claims in this case. Mr. McNamara has agreed to this dismissal based on the above facts. Each party will bear its own attorneys' fees and costs.

WHEREFORE, the parties submit their Stipulated Notice of Voluntarily Dismissal, with prejudice, for Plaintiff Zachary McNamara.

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL APPROVED:**

*s/ Colleen Calandra*
Colleen Calandra
Rebekah Stern
RAMOS LAW
3000 Youngfield Street
Wheat Ridge, CO  80215
colleen@ramoslaw.com
rebekah@raoslaw.com
*ATTORNEYS FOR PLAINTIFFS*

*s/ Veronica von Grabow*
Veronica von Grabow
Melisa H. Panagakos
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO  80202
Veronica.vonGrabow@jacksonlewis.com
Melisa.Panagakos@jacksonlewis.com

Stephanie Adler-Paindiris
Amanda A. Simpson
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Stephanie.Adler-Paindiris@jacksonlewis.com
Amanda.Simpson@jacksonlewis.com

Dorothy D. McDermott
JACKSON LEWIS, P.C.
10 West Market Street, Suite 2400
Indianapolis, IN  46204
Dorothy.McDermott@jacksonlewis.com

Eric R. Magnus
JACKSON LEWIS P.C.
1155 Peachtree Street N.E., Suite 1000
Atlanta, GA  30309

MagnusE@jacksonlewis.com

Drew C. Ambrose
JACKSON LEWIS P.C.
211 N. Pennsylvania Street, Suite 1700
Indianapolis, IN  46204
Drew.Ambrose@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

                                                      */s/Diane Shotkoski*
                                                      Diane Shotkoski