IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 17-cv-02741-MSK-NYW<br>17-cv-02744-MSK-NYW | Date: December 18, 2018 |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM A-502* |

| *Parties* | *Attorney(s)* |
|---|---|
| MYRNA HARRIS,<br><br>    **Plaintiff,**<br><br>**v.**<br><br>DAVITA HEALTHCARE PARTNERS, INC.,<br>TOTAL RENAL CARE INC.,<br><br>    **Defendants.** | *Rebekah F. Stern*<br><br><br><br><br>*Dorothy D. McDermott*<br>*Veronica T. von Grabow* |

| *Parties* | *Attorney(s)* |
|---|---|
| LILYBETH COPE,<br><br>    **Plaintiff,**<br><br>**v.**<br><br>DAVITA HEALTHCARE PARTNERS, INC.,<br>TOTAL RENAL CARE INC.,<br><br>    **Defendants.** | *Rebekah F. Stern*<br><br><br><br><br>*Dorothy D. McDermott*<br>*Veronica T. von Grabow* |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY CONFERENCE**

Court in Session:  10:03 a.m.

Appearance of counsel.

Discussion held regarding several Discovery Dispute Charts (McNamara, Harris, Deptowitz-Bituin, Allison, and Cope), and several Answers and Responses to written discovery, all submitted directly to chambers.

Discussion regarding Discovery Dispute Chart – Zachary McNamara and Defendants' Response to McNamara's Interrogatories No. 1. The court understands that Mr. McNamara was voluntarily dismissed from Harris v. DaVita Healthcare Partners, Inc. et al in the Stipulated Notice of Voluntary Dismissal [84] filed November 20, 2018.  As reflected in the Stipulated Notice, the dismissal was effective upon filing and required no court order.

Discussion regarding pre-certification discovery. Plaintiff seeks discovery regarding four individuals who opted-in to these two actions at four clinics.

**ORDERED: The court will not allow precertification discovery beyond the named and identified opt-in Plaintiffs at this time because the presiding judge, the Honorable Marcia S. Krieger, has not determined whether a collective will be permitted to move forward and what the scope of the collective might be. Accordingly, the requested discovery is not proportional to the current needs of the case and it is better tailored once Chief Judge Krieger makes her determination.**

Plaintiff seeks budget information of four clinics during the time frame of 2014 through 2017.

**ORDERED: Parties shall participate in a robust meet and confer on or before December 31, 2018 regarding the budget information associated with the four clinics that employed the named and identified opt-in Plaintiffs.**

Discussion regarding the deposition of Jim Winters.

**ORDERED: Plaintiff shall file an affidavit regarding Jim Winters on or before December 31, 2018.**

Discussion regarding the availability of the 30(b)(6) deponent in California. Defendants indicate that the witness is unavailable until January 14, 2019.

**ORDERED: The court has no basis to compel the deponent at a time that he is unavailable.**

Parties discuss scheduling depositions of former DaVita employees. Parties have not adequately met and conferred on this issue.

**ORDERED: Parties shall file a Joint Status Report on or before December 31, 2018, outlining any outstanding discovery issues that require court resolution.**

Court in Recess: 10:30 a.m.          Hearing concluded.          Total time in Court:  00:27

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.