IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02741-MSK-NYW

MYRNA HARRIS

individually and on behalf of others
similarly situated,

Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC. AND
TOTAL RENAL CARE INC.

Defendants.

**PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE 30 DAYS TO COMPLETE PLAINTIFFS' DEPOSITIONS OF DEFENDANTS**

On December 31, 2018 the parties conferred and submitted a Joint Status Report to the Court as to the status of the outstanding discovery issues discussed with the Court on December 18, 2018. In the Joint Status Report, the parties indicate that there are several witnesses Plaintiffs requested to depose; however, their depositions cannot be completed before the discovery cut-off date, January 14, 2019.

This Motion is Plaintiffs' first request to extend the discovery deadline and is limited in scope to only the depositions set forth herein. Plaintiffs are requesting a 30-day extension for these deponents who are all located in the State of Colorado.

In support of the Motion to Extend Discovery Deadline 30 Days, Plaintiffs state as

1

follows:

1. The discovery cut-off date is January 14, 2019. [ECF No. 63].

2. Depositions in the *Cope* and *Harris* cases are scheduled from January 7, 2019 – January 14, 2019. Some of these days are double tracked, with the busiest day having four scheduled depositions.

3. Plaintiffs conferred with Defendants on December 31, 2018 and again on January 2, 2019 through January 4, 2109 and **Defendants *do not* object to Plaintiffs taking the depositions set forth in this Motion beyond the discovery cut-off date (January 14, 2019)**; however, Defendants disagree with a 30-day extension.

4. To date, Defendants have not provided dates for the depositions set forth below.

5. Out of an abundance of caution, Plaintiffs file the instant Motion to permit a limited extension of the discovery deadline to accomplish Plaintiff's depositions of Defendants' witnesses.

6. Plaintiffs' counsel is no longer available to attend the January 10, 2019 deposition of the 30(b)(6) Deponent. There are no available dates for Plaintiffs to conduct this deposition before the discovery cut-off date because the deposition schedule is booked from January 7, 2019 to January 14, 2019 with some depositions double-tracked. Defendants and Plaintiffs are still conferring on an alternative date beyond the close of discovery. This deposition will take place in Colorado. As such, Plaintiffs request a 30-day

extension, up to and including February 13, 2019, to schedule and conduct the 30(b)(6) deposition.

7. Defendants will produce Jim Winders for his deposition as it relates to the clinics worked at by Plaintiffs in the Harris case and during the relevant time periods of the law suit. Defendants and Plaintiffs reached an agreement on the scope of testimony during conferral on December 31, 2018.  However, the parties are still working on finding a deposition date for Mr. Winder's deposition beyond the close of discovery. As such, Plaintiffs request a 30-day extension, up to and including February 13, 2019, to schedule and conduct Mr. Winders' deposition.

8. Additionally, Plaintiffs have subpoenaed former employees Jerre Marchant and Donna Stephenson. Defendants have agreed that should these parties contact Plaintiffs with alternative deposition dates and/or fail to appear on the date set forth on the subpoena, the discovery deadline may be extended so that Plaintiffs may have an opportunity to depose these witnesses. These depositions will occur in Colorado. As such, Plaintiffs request a 30-day extension, up to and including February 13, 2019, to schedule, subpoena, serve, and conduct Ms. Marchant and/or Ms. Stephenson's depositions.

9. Finally, Plaintiffs are still not in receipt of complete discovery including, but not limited to: Defendants' production of budget information as well as all communication to and from Plaintiffs regarding the hours they worked, the hours they were scheduled, changes to their schedule or hours, requests for

changes in time and/or communication demonstrating work off the clock. During conferral, Defendants indicated this would be produced on or before January 14, 2019.  To the extent that Plaintiffs need to re-depose Defendants' witnesses who were deposed prior January 14, 2019 regarding this discovery which has not yet been produced by Defendants, Plaintiffs request a 30-day extension, up to and including February 13, 2019, to do the same.

Plaintiffs respectfully request this Court extend the discovery deadline 30 days, up to and including February 13, 2019, for depositions to be completed in this case for the reasons set forth above.

DATED this 4th day of January, 2019.

Respectfully submitted,

*s/ Colleen T. Calandra*
Colleen T. Calandra
Rebekah Stern

RAMOS LAW
3000 Youngfield Street, Suite 200
Wheat Ridge, CO 80215
Phone Number: (303) 733-6353
Colleen@ramoslaw.com
Rebekah@ramoslaw.com

4

              *s/ Ronald L. Wilcox*
              Ronald L. Wilcox
              Wilcox Law Firm, LLC
              383 Corona Street, #401
              Denver, CO  80218
              Phone Number:  (303) 594-6720
              Ron@wilcox.legal

              ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I electronically filed and served the foregoing Notice of Entry of Appearance via the CM/ECF system which will send notification of such filing to all counsel of record.

Veronica von Grabow
Veronica von Grabow
Melisa H. Panagakos
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO  80202
Veronica.vonGrabow@jacksonlewis.com
Melisa.Panagakos@jacksonlewis.com

Stephanie Adler-Paindiris
Amanda A. Simpson
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Stephanie.Adler-Paindiris@jacksonlewis.com
Amanda.Simpson@jacksonlewis.com

Dorothy D. McDermott
Drew C. Ambrose
JACKSON LEWIS, P.C.
10 West Market Street, Suite 2400
Indianapolis, IN  46204
Dorothy.McDermott@jacksonlewis.com
Drew.Ambrose@jacksonlewis.com

David Nenni
JACKSON LEWIS, P.C.
PNC Center, 26th Floor

201 E. Fifth Street
Cincinnati, OH  45202
David.Nenni@jacksonlewis.com

Eric R. Magnus
JACKSON LEWIS P.C.
1155 Peachtree Street N.E., Suite 1000
Atlanta, GA  30309
MagnusE@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

/s/ Colleen Calandra
Colleen Calandra