## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-02741-MSK-NYW

MYRNA HARRIS,

Individually and on behalf of all others
similarly situated,

      Plaintiff,

v.

DAVITA HEALTHCARE PARTNERS, INC. and
TOTAL RENAL CARE, INC.,

      Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION TO VACATE
### DISPOSITIVE MOTION DEADLINE

---

Defendants, DaVita Healthcare Partners, Inc. and Total Renal Care, Inc., by counsel, respectfully request the Court vacate the current dispositive motion deadline and set a new dispositive motion deadline once the opt-in period for the collective action has closed. In support of this motion, Defendants state:

1.     Pursuant to D.C. Colo. LCivR 7.1(a), the undersigned has conferred with Plaintiffs' counsel regarding this motion. Plaintiffs do not oppose the relief requested herein.

2.     Plaintiff, Myrna Harris, commenced this action on November 16, 2017, on behalf of herself and all others similarly situated. [Dkt. 1].

3.     On February 4, 2019, the Court conditionally granted Plaintiffs' request for certification of a collective action and allowed notices to be sent to the putative collective members. [Dkt. 98]. Defendants have until March 6, 2019, to produce the last-known addresses

of a discrete set of teammates that worked under three specific supervisors. [Dkt. 98]. By April 5, 2019, Plaintiffs must mail out notices. [Dkt. 98]. The Court also approved a ninety-day notice period for potential plaintiffs to opt-in, with a deadline of July 5, 2019. [Dkt. 98].

4. The dispositive motion deadline is currently set for March 18, 2019. [Dkt. 97].

5. Judicial economy would best be served by vacating the March 18, 2019, dispositive motion deadline until after discovery for the opt-in plaintiffs has been concluded. Further, this will allow for a cohesive dispositive motion schedule rather than the filing of multiple dispositive motions.

6. The parties filed a Joint Status Report on February 15, 2019, wherein they proposed filing an additional joint status report within ten days after the close of the opt-in period. [Dkt. 99]. This report will, among other things, include a proposed discovery schedule and dispositive motion schedule.

WHEREFORE, Defendants request that the Court vacate the dispositive motion deadline and wait to reschedule after the collective opt-in period has closed.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Dorothy D. McDermott*
Dorothy D. McDermott
Drew C. Ambrose
211 N. Pennsylvania Street, Suite 1700
Indianapolis, IN 46204
Telephone: (317) 489-6930
Facsimile: (317) 489-6931
Dorothy.McDermott@jacksonlewis.com
Drew.Ambrose@jacksonlewis.com

Veronica von Grabow
Melisa H. Panagakos
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
Veronica.vonGrabow@jacksonlewis.com
Melisa.Panagakos@jacksonlewis.com

Stephanie Adler-Paindiris
Amanda A. Simpson
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
Stephanie.Adler-Paindiris@jacksonlewis.com
Amanda.Simpson@jacksonlewis.com

Eric R. Magnus
1155 Peachtree Street N.E., Suite 1000
Atlanta, Georgia 30309
Tel:   404-525-8200
Fax:   404-525-1173
MagnusE@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2019, a true and accurate copy of the foregoing *Defendants Unopposed Motion to Vacate Dispositive Motion Deadline* was filed electronically with the Court.  Notice of this filing will be sent to the following by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system

RAMOS LAW
Colleen T. Calandra
Rebekah F. Stern
3000 Youngfield Street
Wheat Ridge, Colorado 80215
colleen@ramoslaw.com
rebehak@ramoslaw.com

WILCOX LAW FIRM, LLC
Ronald L. Wilcox
383 Corona Street, # 401
Denver, Colorado 80218
ron@wilcox.legal

*/s/Dorothy D. McDermott*
Of Jackson Lewis P.C.

4826-1479-7449, v. 1