IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02741-MSK-NYW

MYRNA HARRIS

individually and on behalf of others
similarly situated

Plaintiff,

v.

DAVITA HEALTHCARE PARTNERS, INC. AND
TOTAL RENAL CARE INC.

Defendants.

## NOTICE OF FILING CONSENT TO JOIN FORM

COMES NOW the Plaintiff, by and through counsel, and file the attached Consent to Joint Form. Opt-in Plaintiff wishes to be joined to this action pursuant to 29 U.S.C. 216(b), attached hereto:

1. Cheryl Yates – Exhibit A

DATED April 8, 2019.

                                      Respectfully submitted,

                                      *s/ Rebekah Stern*
                                      Rebekah Stern

                                      *s/ Colleen T. Calandra*
                                      Colleen T. Calandra

                                                  RAMOS LAW
                                                  3000 Youngfield Street, Suite 200
                                                  Wheat Ridge, CO 80215
                                                  Phone Number:  (303) 733-6353
                                                  Rebekah@ramoslaw.com
                                                  Colleen@ramoslaw.com

                                                  *s/ Ronald L. Wilcox*
                                                  Ronald L. Wilcox
                                                  Wilcox Law Firm, LLC
                                                  383 Corona Street, #401
                                                  Denver, CO  80218
                                                  Phone Number:  (303) 594-6720
                                                  Ron@wilcox.legal

                                                  ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, a true and correct copy of the forgoing document was served via electronic mail on the following counsel:

Veronica von Grabow
Melisa H. Panagakos
Jeffrey H. McClelland
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO  80202
Veronica.vonGrabow@jacksonlewis.com
Melisa.Panagakos@jacksonlewis.com
Jeffrey.McClelland@jacksonlewis.com

Stephanie Adler-Paindiris
Amanda A. Simpson
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Stephanie.Adler-Paindiris@jacksonlewis.com
Amanda.Simpson@jacksonlewis.com

Dorothy D. McDermott
Drew C. Ambrose
JACKSON LEWIS, P.C.

10 West Market Street, Suite 2400
Indianapolis, IN  46204
Dorothy.McDermott@jacksonlewis.com
Drew.Ambrose@jacksonlewis.com

Eric R. Magnus
JACKSON LEWIS P.C.
1155 Peachtree Street N.E., Suite 1000
Atlanta, GA  30309
MagnusE@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

                                                           */s/ Rebekah Stern*
                                                           Rebekah Stern