**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TERRY ALLISON | ) | Case No. 17-14009 TBM |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

    **COMES NOW,** Harvey Sender, Trustee, and hereby requests approval of the Settlement Agreement states as follows:

1. Harvey Sender, Trustee for the Chapter 7 Bankruptcy Estate of Terry Allison ("Trustee"), and Terry Allison, Debtor ("Debtor"), through his counsel of record have entered into a Settlement Agreement dated April 16, 2020, a copy of the Settlement Agreement is attached hereto. Debtor is to pay to the Trustee 25% of the Net Proceeds of a wage claim ("Settlement Payment") for unpaid wages that accrued before the bankruptcy was terminated.

2. According to the Settlement Agreement, the Debtor agrees pay to the Trustee the Settlement Payment effective of a final order approving the Agreement by the Court. Payment shall be made payable to Harvey Sender, Trustee and sent to 600 17th Street, Suite 2800 South, Denver, Colorado 80202.

3. It would be in the best interests of the estate and the creditors for the court to approve the Settlement Agreement.

    **WHEREFORE,** the Trustee requests that this Court enter an Order in the form attached hereto approving of the Settlement Agreement, and for such other and further relief as to this Court deems just.

    **DATED** this 30th day of April, 2020.

                                   Respectfully submitted,

                                     By: */s/ Harvey Sender*
                                   Harvey Sender, Trustee
                                   600 17th Street, Suite 2800 South
                                   Denver, Colorado  80202
                                   (303) 454-0540 / (303) 568-0102 FAX
                                   E-mail: hsender@sendertrustee.com

**EXHIBIT A**

## CERTIFICATE OF MAILING

   I do hereby certify that on this 30th day of April, 2020, I mailed a true and correct copy of the **MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** via United States mail, postage prepaid thereon, to those persons listed below:

Office of the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961


Colleen T. Calandra, Esq.
Email: colleen@ramoslaw.com

**Mark J. Berumen**
Email: notices@berumenlaw.com

**Terry L. Allison**
551 Cordova Ct
Lafayette, CO 80026-2680



            */s/ Stefanie J. Pierce*
            For HARVEY SENDER, Chapter 7 Trustee

EXHIBIT A