**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TERRY ALLISON | ) | Case No. 17-14009 TBM |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE**
**SETTLEMENT AGREEMENT**

THIS MATTER is before the Court on the Trustee's Motion to Approve Settlement Agreement (the "Motion") with Terry Allison, Debtor, filed by Harvey Sender, the chapter 7 trustee in the above-captioned case (the "Trustee"). The Court has reviewed the Motion and the file and is otherwise advised. It is hereby

ORDERED that the Trustee's Motion is GRANTED;

IT IS FURTHER ORDERED that the Settlement Agreement with Terry Allison, Debtor, attached to the Trustee's Motion, is APPROVED according to its terms.

Dated this 4th day of June, 2020.

BY THE COURT:

_____
Thomas B. McNamara
Hon. United States Bankruptcy Court Judge

**EXHIBIT B**